UNITED STATES of America,
Plaintiff–Appellee,

v.

Arturo SAN MARTIN, also known as,
Ricardo Hernandez–Lozano,
Defendant–Appellant.

No. 04–40608.
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided Dec. 17, 2004.

Mitchel Neurock, Laredo, TX, for Plaintiff–Appellee.

James Lee Turner, Assistant U.S. Attorney, Houston, TX, Timothy William Crooks, Assistant Federal Public Defender, Marjorie A. Meyers, Federal Public Defender, Norman E McInnis, Assistant Federal Public Defender, Houston, TX, for Defendant–Appellant.

Before KING, Chief Judge, and
DeMOSS and CLEMENT, Circuit Judges.

PER CURIAM: *

Arturo San Martin appeals his guilty-plea conviction and sentence for illegal reentry after deportation. He argues that the "felony" and "aggravated felony" provisions of 8 U.S.C. § 1326(b)(1) and (2) are unconstitutional in light of *Apprendi v. New Jersey,* 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), and that his sentence is improper under *Blakely v. Washington,* —— U.S. ——, 124 S.Ct. 2531, 159 L.Ed.2d 403 (2004). These arguments are, as he concedes, foreclosed. *See Almendarez–Torres v. United States,* 523 U.S. 224, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998); *United States v. Pineiro,* 377 F.3d 464, 465–66 (5th Cir.2004), *petition for cert. filed* (U.S. July 14, 2004) (No. 04–5263); *United States v. Dabeit,* 231 F.3d 979, 984 (5th Cir.2000). San Martin's conviction and sentence are AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.